No. 862. GONZÁLEZ *v.* DEL VALLE ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en mayo 20, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil, enmendado en marzo 9, 1911, y 40 del Reglamento del Tribunal. Abogado de la parte promovente: *Sr. José E. Benedicto.* Abogado de la parte contraria: *Sr. Henry G. Molina.*

---

No. 863. PIÑERO *v.* BONELLI.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en mayo 20, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil, enmendado en marzo 9, 1911, y 40 del Reglamento del Tribunal. Abogado de la parte promovente: *Sr. Eduardo Acuña.* Abogado de la parte contraria: *Sr. Luis Llorens Torres.*

---

No. 852. BUSÓ ET AL. *v.* BUSÓ ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en mayo 20, 1912. Denegada la moción. Abogados de los apelados: *Sres. Alvarez Nava y Domínguez.* Abogados de los apelantes: *Sres. López Landrón, Rincón y Francis.*

---

No. 811. CAUTIÑO ET AL. *v.* MUÑOZ ET AL.—Apelación procedente de la Corte de Distrito de Guayama. Moción para que se desestime la apelación. Resuelto en mayo 20, 1912. Denegada la moción. Abogados de los apelados: *Sres. José Tous Soto, José C. Ramos y Pedro Gómez.* Abogados de los apelantes: *Sres. Cay. Coll Cuchí, Herminio Díaz Navarro y Eduardo Cautiño.*